UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                      Case No. 05-cv-242-SM

<u>Pittsburg, NH, 1 Maple Mountain Rd., et al.</u>

O R D E R

      Effective October 1, 2005, Electronic Filing became mandatory in all cases in this district. After being admitted to appear pro hac vice on May 22, 2006, Attorney Anthony R. DiFruscia was notified that his admission was contingent on registering for ECF within 10 days. On June 16, 2006, the clerk's office made a courtesy telephone call to Attorney DiFruscia's office to inform him that his ECF registration was past due and to request he immediately register for ECF. As of this date, Attorney DiFruscia has not registered for ECF.

      Attorney DiFruscia shall register for ECF on or before July 21, 2006. If Attorney DiFruscia fails to register within this time frame, the court will immediately revoke his pro hac admission status and will remove him as counsel of record in the case without further order of the court.

      SO ORDERED.

Date: July 7, 2006

                                                          Steven J. McAuliffe
                                                          Chief Judge

cc: Counsel of Record