UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Land and Buildings Located at 1 Maple Mountain Road, Pittsburg, New Hampshire, with all Appurtenances and Improvements Thereon, owned by Rene Joyal, et al. | )<br>)<br>)<br>)<br>)  Civil No. 05-242-SM<br>)<br>)<br>)<br>)<br>) |

## ORDER ON UNITED STATES' MOTION FOR INTERLOCUTORY SALE

IT IS HEREBY ORDERED AND DECREED:

1. The United States' motion for an interlocutory sale is GRANTED.

2. That the defendant in rem Lot 7, Pittsburg, New Hampshire, recorded in the Coos County Registry of Deeds as Plan #2079 is released to the mortgagees, Gaston and Pauline Roderigue, to conduct and/or conclude a foreclosure sale pursuant to the terms of the Mortgage executed by Augustin Manrique on January 19, 2005, and that, at the request of the United States, the mortgagees shall render a full accounting regarding the foreclosure sale.

3. The Roderigues shall pay themselves all that they are owed under the Mortgage, including costs and expenses to conduct the foreclosure sale, out of the proceeds from the foreclosure sale. Any other claims, remain contested and shall not be paid pending further order of the Court.

4.  Any remaining proceeds realized from the sale of the defendant property shall be remitted to the custody and control of National Finance Center of the United States Immigration and Customs Enforcement, Department of Homeland Security as a substitute *res* in this case, and held pending further order of the Court.

/s/ Steven J. McAuliffe
_____
Honorable Stephen McAuliffe
United States District Court Judge

Dated:   December 8, 2006


cc:   All Counsel of Record